UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MARRIO WILLIAMS, on behalf of himself and those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO: 7:15-CV-233 |
| STOKES MASONRY & CONSTRUCTION COMPANY, LLC, a Georgia limited liability company, and JOHN STOKES, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, MARRIO WILLIAMS and HERBERT RUMLIN, and Defendants, STOKES MASONRY & CONSTRUCTION COMPANY, LLC and JOHN STOKES (collectively known as the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action in its entirety with prejudice. The Parties state that Defendants have agreed to pay Plaintiffs all amounts to which they allege they are entitled ender the FLSA in full, without compromise. As such, no judicial review is required. *See Mackenzie v. Kindred Hosp. East, LLC*, 276 F. Supp. 2d. 1211, 1217 (M.D. Fla. 2003); *see also Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012) ("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismissed the case upon its becoming effective"). Because the Parties have agreed to payment of attorneys' fees and costs separately, the Court need not separately review Plaintiffs' attorneys' fees and costs. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).

Respectfully submitted this 9th day of January, 2017.

| */s/ Andrew R. Frisch* | */s/ Roy W. Copeland* |
|---|---|
| Andrew R. Frisch, Esq. | Roy W. Copeland, Esq. |
| Morgan & Morgan, P.A. | Copeland, Haugabrook & Walker |
| 600 N. Pine Island Road, Suite 400 | P. O. Box 1933 |
| Plantation, FL 33324 | Valdosta, GA 31603 |
| Telephone: (954) 318-0268 | Telephone: (229) 247-4617 |
| Facsimile: (954) 327-3013 | Fax: (229) 242-0109 |
| Email: afrisch@forthepeople.com | Email: cwlaw02@bellsouth.net |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |